# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 207.179.216.169 | MTCO Communications | 2012-02-13 16:50:41 |
| 207.181.215.233 | RCN Corporation | 2011-11-20 07:34:26 |
| 24.1.225.35 | Comcast Cable Communications | 2012-01-20 23:41:03 |
| 24.1.6.56 | Comcast Cable Communications | 2011-11-30 21:16:16 |
| 24.136.27.180 | RCN Corporation | 2011-11-29 04:17:44 |
| 24.14.35.99 | Comcast Cable Communications | 2011-12-10 22:47:13 |
| 24.14.39.116 | Comcast Cable Communications | 2011-12-02 06:56:00 |
| 50.129.112.154 | Comcast Cable Communications | 2011-11-29 15:29:58 |
| 64.53.202.190 | WideOpenWest | 2011-11-18 18:47:36 |
| 64.53.221.48 | WideOpenWest | 2011-12-01 04:13:46 |
| 67.162.108.11 | Comcast Cable Communications | 2011-12-28 00:28:41 |
| 67.162.109.72 | Comcast Cable Communications | 2011-11-28 22:09:49 |
| 67.162.21.98 | Comcast Cable Communications | 2011-12-01 04:50:16 |
| 67.167.208.218 | Comcast Cable Communications | 2012-01-27 21:05:37 |
| 67.176.202.131 | Comcast Cable Communications | 2011-12-15 14:37:19 |
| 68.57.216.155 | Comcast Cable Communications | 2011-11-29 19:53:18 |
| 69.243.148.50 | Comcast Cable Communications | 2011-12-31 09:13:38 |
| 69.245.251.21 | Comcast Cable Communications | 2011-11-20 20:12:41 |
| 70.225.165.22 | AT&T Internet Services | 2011-11-22 03:29:35 |
| 71.194.128.74 | Comcast Cable Communications | 2012-01-03 05:39:57 |
| 71.194.193.212 | Comcast Cable Communications | 2011-11-25 22:22:24 |
| 71.194.252.250 | Comcast Cable Communications | 2011-11-27 22:21:04 |
| 71.201.200.170 | Comcast Cable Communications | 2011-12-06 07:24:48 |
| 71.57.41.237 | Comcast Cable Communications | 2011-11-26 04:38:21 |
| 71.57.62.201 | Comcast Cable Communications | 2011-11-29 05:46:45 |
| 74.47.255.91 | Frontier Communications of America | 2011-11-28 19:53:27 |
| 74.63.89.2 | FDCservers.net | 2011-11-19 17:49:06 |
| 75.49.210.21 | AT&T Internet Services | 2011-11-29 06:10:16 |
| 75.5.75.57 | AT&T Internet Services | 2012-01-07 06:22:34 |
| 75.63.59.176 | AT&T Internet Services | 2011-12-05 15:20:12 |
| 76.16.225.191 | Comcast Cable Communications | 2011-11-24 04:10:10 |
| 76.202.222.57 | AT&T Internet Services | 2011-11-30 04:30:23 |
| 76.29.81.180 | Comcast Cable Communications | 2011-11-26 13:17:21 |
| 96.24.19.132 | Clearwire | 2011-12-16 03:32:11 |
| 96.25.148.128 | Clearwire | 2011-11-21 08:16:30 |
| 96.35.21.42 | Charter Communications | 2011-11-27 04:35:24 |
| 96.35.228.17 | Charter Communications | 2011-11-30 04:54:48 |
| 98.193.61.105 | Comcast Cable Communications | 2011-11-19 07:20:45 |
| 98.213.251.37 | Comcast Cable Communications | 2011-12-14 21:18:02 |
| 98.214.168.10 | Comcast Cable Communications | 2011-11-23 01:33:14 |
| 98.215.142.92 | Comcast Cable Communications | 2011-11-22 19:33:43 |
| 98.215.218.201 | Comcast Cable Communications | 2012-02-16 01:36:31 |
| 98.220.89.163 | Comcast Cable Communications | 2012-01-17 07:15:09 |
| 98.223.123.163 | Comcast Cable Communications | 2011-12-24 06:29:52 |
| 98.226.187.178 | Comcast Cable Communications | 2011-11-30 01:44:48 |
| 98.226.248.148 | Comcast Cable Communications | 2012-02-22 02:30:47 |
| 98.226.25.217 | Comcast Cable Communications | 2012-02-28 01:33:24 |
| 98.226.34.140 | Comcast Cable Communications | 2011-11-25 23:22:51 |

| | | |
|---|---|---|
| 98.228.136.35 | Comcast Cable Communications | 2012-02-02 01:32:40 |
| 98.228.186.212 | Comcast Cable Communications | 2012-01-15 11:56:48 |
| 98.228.252.64 | Comcast Cable Communications | 2011-11-27 10:24:51 |
| 98.253.123.216 | Comcast Cable Communications | 2011-11-21 17:20:34 |
| 99.135.186.82 | AT&T Internet Services | 2011-11-23 11:30:19 |
| 99.142.71.169 | AT&T Internet Services | 2011-11-27 23:12:36 |