IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS LLC,<br><br>  *Plaintiff*,<br>v.<br><br>DOES 1 – 44,<br><br>  *Defendants.* | No. 12 C 1530<br><br>Judge Feinerman<br><br>[related to Miscellaneous Action pending in the U.S. District Court for the District of Columbia, No. 1:12-mc-00354-CKK] |

## NON-PARTY COMCAST'S SUGGESTION OF DECISION IN RELATED CASE PENDING IN THE DISTRICT OF COLUMBIA

Non-Party Comcast Cable Communications, LLC ("Comcast") respectfully submits this Suggestion of Decision to advise the Court of an Order in a related proceeding in the United States District Court for the District of Columbia – *First Time Videos LLC v. Comcast Cable Communications, LLC*, No. 12-mc-00354 (D.D.C. Dec. 9, 2012).

Although Plaintiff obtained an *ex parte* order granting expedited discovery from this Court (Dkt. 11), Plaintiff issued the subpoena to Comcast out of the District of Columbia seeking the identities of Comcast subscribers who are listed in Exhibit A to the Complaint in the case before this Court. After Comcast objected to the Subpoena, Plaintiff filed a motion to compel Comcast to comply with that subpoena. (D.D.C. Dkt. 1). The Court was advised of the pendency of that motion in the District of Columbia. (Dkt. 26) By Order dated December 9, 2012, the federal court in Washington D.C. denied the motion filed by Plaintiff First Time Videos LLC to compel Comcast to comply with Plaintiff's subpoena (D.D.C. Dkt. 11; Exhibit A hereto).

Consistent with the Court's opinion in a nearly identical proceeding, *Millennium TGA, Inc. v. Comcast Cable Communications LLC*, Misc. A. No. 12-00150 (RLW), 2012 WL 2371426 (D.D.C. June 25, 2012), Judge Kollar-Kotelly ordered Comcast to provide Plaintiff only the city and state of residence for each subscriber associated with an IP address identified in Exhibit A to the Complaint as belonging to a Comcast subscriber, which totals thirty-four (34) out of the forty-four (44) total IP addresses on that exhibit.

Comcast will timely comply with Judge Kollar-Kotelly's Order and provide city and state of residence of its subscribers whose identities were sought in the subpoena.

Dated: December 10, 2012

                                        Respectfully submitted,

                                        /s/ Mark W. Wallin
                                        Paul F. Stack
                                        Mark W. Wallin
                                        **STACK & O'CONNOR CHARTERED**
                                        140 S. Dearborn St., Suite 411
                                        Chicago, Illinois 60603
                                        (312) 782-0690

                                        *Of counsel:*
                                        John D. Seiver
                                        Leslie G. Moylan
                                        Lisa B. Zycherman
                                        **DAVIS WRIGHT TREMAINE LLP**
                                        1919 Pennsylvania Ave., N.W., Suite 800
                                        Washington, DC 20006
                                        (202) 973-4200

                                        *Counsel for Non-Party Comcast Cable Communications, LLC*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 10th day of December 2012, true and correct copies of the foregoing document was served via ECF upon all counsel of record:

Paul A. Duffy
PRENDA LAW INC.
161 N. Clark Street
Suite 3200
Chicago, IL 60601

                                              /s/ Mark W. Wallin
                                                  Mark W. Wallin