**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FIRST TIME VIDEOS LLC, | ) | |
| | ) | CASE NO.: 1:12-cv-01530 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Hon. Gary Feinerman |
| | ) | Magistrate Judge: Hon. Martin C. Ashman |
| DOES 1 – 44, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION WITHOUT PREJUDICE**

Plaintiff**,** pursuant to Federal Rule of Civil Procedure 41(a)(1), voluntarily dismisses, without prejudice, all claims brought in this action against the anonymous Doe Defendants. The respective Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

        Respectfully submitted,

        Prenda Law Inc.

DATED: December 21, 2012

        By:    /s/ Paul Duffy
                Paul Duffy (Bar No. 6210496)
                Prenda Law Inc.
                161 N. Clark St., Suite 3200
                Chicago, IL 60601
                Telephone: (312) 880-9160
                Facsimile: (312) 893-5677
                E-mail: paduffy@wefightpiracy.com
                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 21, 2012, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

/s/ Paul Duffy
Paul Duffy